No. 75–1480. Bannert v. American Can Co. C. A. 6th Cir. Motion for leave to file an amended petition for writ of certiorari granted. Certiorari denied.

No. 75–1653. Air Line Pilots Association, International v. Northwest Airlines, Inc. C. A. D. C. Cir. Certiorari denied. Mr. Justice Blackmun took no part in the consideration or decision of this petition.

No. 75–805. Civil Service Commission of New York et al. v. Snead, 425 U. S. 457;

No. 75–898. Sutherland et al. v. Illinois, 425 U. S. 947;

No. 75–1210. Quarles, Trustee v. Goodson et al., 425 U. S. 928;

No. 75–1321. Crawford et ux. v. Security National Bank, 425 U. S. 959; and

No. 75–1322. Belcher v. Alabama, 425 U. S. 952. Petitions for rehearing denied.

### June 16, 1976

No. 75–5929. Berríos v. Inter American University et al. Appeal from D. C. P. R. dismissed under this Court's Rule 60.

### June 21, 1976

No. 75–6742. Houser v. Seals, U. S. District Judge. Motion for leave to file petition for writ of mandamus dismissed under this Court's Rule 60.